AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

EDWARD BOWDEN, ET AL.

*Plaintiff(s)*

v.

CORRECTIONAL OFFICERS
RYAN CASWELL, ET AL.

*Defendant(s)*

Civil Action No. 25-CV-9301

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* SEE ATTACHED RIDER

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ALEXANDER KLEIN, ESQ.
DANIELLE MUSCATELLO, ESQ.
BARKET EPSTEIN KEARON ALDEA & LOTURCO, LLP
666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NY 11530
(516) 745-1500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

MULTIPLE DEFENDANT RIDER

*BOWDEN, ET AL. V. CASWELL, ET AL.*

25-CV-9301

1. RYAN CASWELL
Coxsackie Correctional Facility
11260 US-9W
Coxsackie, NY 12051

2. MICHAEL RYAN
Office of the Attorney General
28 Liberty Street
New York, NY 10005

3. ALEX AGOSTINO
Coxsackie Correctional Facility
11260 US-9W
Coxsackie, NY 12051

4. JARED MONTGOMERY
Coxsackie Correctional Facility
11260 US-9W
Coxsackie, NY 12051

5. WILLIAM GONZALEZ-SANTOS
Office of the Attorney General
28 Liberty Street
New York, NY 10005

6. EUTER A KEMAR
Wallkill Correctional Facility
50 McKendrick Road, P.O. Box G
Wallkill, NY 12589

7. JUSTIN CHRISTIAN
Shawangunk Correctional Facility
200 Quick Road
Wallkill, NY 12589

8. JAMIE L. USZENSKI
Shawangunk Correctional Facility
200 Quick Road
Wallkill, NY 12589

9. AMEED AL-RABADI
Fishkill Correctional Facility
18 Strack Drive
Beacon, NY 12508

10. MARTIN RIVERA
Fishkill Correctional Facility
18 Strack Drive
Beacon, NY 12508

11. ANTHONY J. NAVARRO
Fishkill Correctional Facility
18 Strack Drive
Beacon, NY 12508

12. DANIEL URCIUOLI
Fishkill Correctional Facility
18 Strack Drive
Beacon, NY 12508

13. DAVID J. VANCE
Shawangunk Correctional Facility
200 Quick Road
Wallkill, NY 12589

14. A. Arroyo (John Doe #1)
Office of the Attorney General
28 Liberty Street
New York, NY 10005

15. ANTHONY COPPOLA
Otisville Correctional Facility
57 Sanitorium Avenue
Otisville, NY 10963

16. CARMEN MATRESE
Coxsackie Correctional Facility
11260 US-9W
Coxsackie, NY 12051

17. W. SHELLING (John Doe #2)
Office of the Attorney General
28 Liberty Street
New York, NY 10005

18. ROBERT J. DAVIES III
Coxsackie Correctional Facility
11260 US-9W
Coxsackie, NY 12051

19. MORGAN JAMES DIMONDA
Coxsackie Correctional Facility
11260 US-9W
Coxsackie, NY 12051

20. CHARLES D. DEVANEY
Coxsackie Correctional Facility
11260 US-9W
Coxsackie, NY 12051

21. GERARD MATTHIES
Coxsackie Correctional Facility
11260 US-9W
Coxsackie, NY 12051

22. Andres Morris
Coxsackie Correctional Facility
11260 US-9W
Coxsackie, NY 12051

23. T. O'HEA (John Doe #3)
Office of the Attorney General
28 Liberty Street
New York, NY 10005

24. MIGUEL NIN
Shawangunk Correctional Facility
200 Quick Road
Wallkill, NY 12589

25. STEPHEN LACIKA JR.
Shawangunk Correctional Facility
200 Quick Road
Wallkill, NY 12589

26. MARIO RAMIREZ
Cayuga Correctional Facility
2202 NY-38A
Moravia, NY 13118

27. NAQUAN MURRAY
Wallkill Correctional Facility
200 Quick Road
Wallkill, NY 12589

28. BRENDAN WALSH
Fishkill Correctional Facility
18 Strack Drive
Beacon, NY 12508

29. JEREMY RUFFINO
Office of the Attorney General
28 Liberty Street
New York, NY 10005

30. ANGELA PRIMO
Coxsackie Correctional Facility
11260 US-9W
Coxsackie, NY 12051

31. ANDREW ARVIDSON
Coxsackie Correctional Facility
11260 US-9W
Coxsackie, NY 12051

32. RONDY LONDON
Sing Sing Correctional Facility
354 Hunter Street
Ossining, NY 10562

33. RICHARD E. BRITTON
Coxsackie Correctional Facility
11260 US-9W
Coxsackie, NY 12051

34. KENNETH A. LAMB
Sing Sing Correctional Facility
354 Hunter Street
Ossining, NY 10562

35. CHAD B. LECLAIR
Wallkill Correctional Facility
200 Quick Road
Wallkill, NY 12589

36. RYAN DECKER
Coxsackie Correctional Facility
11260 US-9W
Coxsackie, NY 12051

37. R. JONES (John Doe #4)
Office of the Attorney General
28 Liberty Street
New York, NY 10005

38. ROXAN WILSON
Fishkill Correctional Facility
18 Strack Drive
Beacon, NY 12508

39. ERIC WILSON
Office of the Attorney General
28 Liberty Street
New York, NY 10005

40. SEAN CROWE
Fishkill Correctional Facility
18 Strack Drive
Beacon, NY 12508

41. MARTIN RIVERA
Fishkill Correctional Facility
18 Strack Drive
Beacon, NY 12508

42. MICHAEL CASTELLANI
Fishkill Correctional Facility
18 Strack Drive
Beacon, NY 12508

43. JEREMY OSTERHOUDT
Eastern NY Correctional Facility
30 Institution Road
Napanoch, NY 12458

44. TAYLOR (John Doe #5)
Office of the Attorney General
28 Liberty Street
New York, NY 10005

45. COREY COMPTON
Office of the Attorney General
28 Liberty Street
New York, NY 10005

46. ALFRED G. OSTRANDER
Wallkill Correctional Facility
50 McKendrick Road, P.O. Box G
Wallkill, NY 12589

47. MICHAEL K. QUACKENBUSH
Wallkill Correctional Facility
50 McKendrick Road, P.O. Box G
Wallkill, NY 12589

48. CHRISTON N. COLEMAN
Coxsackie Correctional Facility
11260 US-9W
Coxsackie, NY 12051

49. MICHAEL A. CALLERI
Coxsackie Correctional Facility
11260 US-9W
Coxsackie, NY 12051

50. JAMES SMITH
Office of the Attorney General
28 Liberty Street
New York, NY 10005

51. AROLFO DELACRUZ
Sing Sing Correctional Facility
354 Hunter Street
Ossining, NY 10562

52. JOSHUA O. REYNOLDS
Woodbourne Correctional Facility
99 Prison Road
Woodbourne, NY 12788

53. DANIEL F. DAGELE
Woodbourne Correctional Facility
99 Prison Road
Woodbourne, NY 12788

54. JOHN DOE #6
Office of the Attorney General
28 Liberty Street
New York, NY 10005

55. JOHN DOE #7
Office of the Attorney General
28 Liberty Street
New York, NY 10005

56. JOHN DOE #8
Office of the Attorney General
28 Liberty Street
New York, NY 10005

57. ANDREW HERMAN
Coxsackie Correctional Facility
11260 US-9W
Coxsackie, NY 12051

58. KYLE CHARSLEY
Coxsackie Correctional Facility
11260 US-9W
Coxsackie, NY 12051

59. MICHAEL A. SARRUBBO III
Coxsackie Correctional Facility
11260 US-9W
Coxsackie, NY 12051

60. DANIEL R. HALSTROM
Coxsackie Correctional Facility
11260 US-9W
Coxsackie, NY 12051

61. MICHAEL KASPER
Taconic Correctional Facility
250 Harris Road
Bedford Hills, NY 10507

62. LANCE TABOR
Mid-State Correctional Facility
9005 Old River Road
Marcy, New York 13403

63. GREGORY W. SCOTT
Woodbourne Correctional Facility
99 Prison Road
Woodbourne, NY 12788

64. JAMES D. EMSWORTH
Mid-State Correctional Facility
9005 Old River Road
Marcy, New York 13403

65. MICHAEL A. IMBASCIANI
Fishkill Correctional Facility
18 Strack Drive
Beacon, NY 12508

66. DANIEL J. PICCIRILLO
Fishkill Correctional Facility
18 Strack Drive
Beacon, NY 12508

67. SCOTT THOMPSON
Office of the Attorney General
28 Liberty Street
New York, NY 10005

68. JOHN DOE #9
Office of the Attorney General
28 Liberty Street
New York, NY 10005

69. JOHN DOE #10
Office of the Attorney General
28 Liberty Street
New York, NY 10005

70. JOHN DOE #11
Office of the Attorney General
28 Liberty Street
New York, NY 10005

71. JOHN DOE #12
Office of the Attorney General
28 Liberty Street
New York, NY 10005

72. KEVIN M. PIFKO
Fishkill Correctional Facility
18 Strack Drive
Beacon, NY 12508

73. JUSTIN BROWN
Office of the Attorney General
28 Liberty Street
New York, NY 10005

74. TC CHRISTY
Shawangunk Correctional Facility
200 Quick Road
Wallkill, NY 12589

75. TAYLOR M. KANEGRABER
Shawangunk Correctional Facility
200 Quick Road
Wallkill, NY 12589

76. ROBERT REDNER
Shawangunk Correctional Facility
200 Quick Road
Wallkill, NY 12589

77. CHRISTOPHER BRUDER
Shawangunk Correctional Facility
200 Quick Road
Wallkill, NY 12589