# UNITED STATES DISTRICT COURT

for the

Southern District of New York

EDVARD BOWDEN, ET AL.

*Plaintiff(s)*

v.

CORRECTIONAL OFFICERS
RYAN CASWELL, ET AL.

*Defendant(s)*

Civil Action No. 25-CV-9301

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SEE ATTACHED RIDER

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ALEXANDER KLEIN, ESQ.
DANIELLE MUSCATELLO, ESQ.
BARKET EPSTEIN KEARON ALDEA & LOTURCO, LLP
666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NY 11530
(516) 745-1500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 2/19/2026

s/ G. Pisarczyk

*Signature of Clerk or Deputy Clerk*

Tammi M. Hellwig

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

MULTIPLE DEFENDANT RIDER

*BOWDEN, ET AL. V. CASWELL, ET AL.*

25-CV-9301

1. RYAN CASWELL
Coxsackie Correctional Facility
11260 US-9W
Coxsackie, NY 12051

2. MICHAEL RYAN
Office of the Attorney General
28 Liberty Street
New York, NY 10005

3. ALEX AGOSTINO
Coxsackie Correctional Facility
11260 US-9W
Coxsackie, NY 12051

4. JARED MONTGOMERY
Coxsackie Correctional Facility
11260 US-9W
Coxsackie, NY 12051

5. WILLIAM GONZALEZ-SANTOS
Office of the Attorney General
28 Liberty Street
New York, NY 10005

6. EUTER A KEMAR
Wallkill Correctional Facility
50 McKendrick Road, P.O. Box G
Wallkill, NY 12589

7. JUSTIN CHRISTIAN
Shawangunk Correctional Facility
200 Quick Road
Wallkill, NY 12589

8. JAMIE L. USZENSKI
Shawangunk Correctional Facility
200 Quick Road
Wallkill, NY 12589

9. AMEED AL-RABADI
Fishkill Correctional Facility
18 Strack Drive
Beacon, NY 12508

10. MARTIN RIVERA
Fishkill Correctional Facility
18 Strack Drive
Beacon, NY 12508

11. ANTHONY J. NAVARRO
Fishkill Correctional Facility
18 Strack Drive
Beacon, NY 12508

12. DANIEL URCIUOLI
Fishkill Correctional Facility
18 Strack Drive
Beacon, NY 12508

13. DAVID J. VANCE
Shawangunk Correctional Facility
200 Quick Road
Wallkill, NY 12589

14. ANTHONY COPPOLA
Otisville Correctional Facility
57 Sanitorium Avenue
Otisville, NY 10963

15. CARMEN MATRESE
Coxsackie Correctional Facility
11260 US-9W
Coxsackie, NY 12051

16. ROBERT J. DAVIES III
Coxsackie Correctional Facility
11260 US-9W
Coxsackie, NY 12051

17. MORGAN JAMES DIMONDA
Coxsackie Correctional Facility
11260 US-9W
Coxsackie, NY 12051

18. CHARLES D. DEVANEY
Coxsackie Correctional Facility
11260 US-9W
Coxsackie, NY 12051

19. GERARD MATTHIES
Coxsackie Correctional Facility
11260 US-9W
Coxsackie, NY 12051

20. Andres Morris
Coxsackie Correctional Facility
11260 US-9W
Coxsackie, NY 12051

21. MIGUEL NIN
Shawangunk Correctional Facility
200 Quick Road
Wallkill, NY 12589

22. STEPHEN LACIKA JR.
Shawangunk Correctional Facility
200 Quick Road
Wallkill, NY 12589

23. MARIO RAMIREZ
Cayuga Correctional Facility
2202 NY-38A
Moravia, NY 13118

24. NAQUAN MURRAY
Wallkill Correctional Facility
200 Quick Road
Wallkill, NY 12589

25. BRENDAN WALSH
Fishkill Correctional Facility
18 Strack Drive
Beacon, NY 12508

26. JEREMY RUFFINO
Office of the Attorney General
28 Liberty Street
New York, NY 10005

27. ANGELA PRIMO
Coxsackie Correctional Facility
11260 US-9W
Coxsackie, NY 12051

28. ANDREW ARVIDSON
Coxsackie Correctional Facility
11260 US-9W
Coxsackie, NY 12051

29. RONDY LONDON
Sing Sing Correctional Facility
354 Hunter Street
Ossining, NY 10562

30. RICHARD E. BRITTON
Coxsackie Correctional Facility
11260 US-9W
Coxsackie, NY 12051

31. KENNETH A. LAMB
Sing Sing Correctional Facility
354 Hunter Street
Ossining, NY 10562

32. CHAD B. LECLAIR
Wallkill Correctional Facility
200 Quick Road
Wallkill, NY 12589

33. RYAN DECKER
Coxsackie Correctional Facility
11260 US-9W
Coxsackie, NY 12051

34. ROXAN WILSON
Fishkill Correctional Facility
18 Strack Drive
Beacon, NY 12508

35. ERIC WILSON
Office of the Attorney General
28 Liberty Street
New York, NY 10005

36. SEAN CROWE
Fishkill Correctional Facility
18 Strack Drive
Beacon, NY 12508

37. MICHAEL CASTELLANI
Fishkill Correctional Facility
18 Strack Drive
Beacon, NY 12508

38. JEREMY OSTERHOUDT
Eastern NY Correctional Facility
30 Institution Road
Napanoch, NY 12458

39. COREY COMPTON
Office of the Attorney General
28 Liberty Street
New York, NY 10005

40. ALFRED G. OSTRANDER
Wallkill Correctional Facility
50 McKendrick Road, P.O. Box G
Wallkill, NY 12589

41. MICHAEL K. QUACKENBUSH
Wallkill Correctional Facility
50 McKendrick Road, P.O. Box G
Wallkill, NY 12589

42. CHRISTON N. COLEMAN
Coxsackie Correctional Facility
11260 US-9W
Coxsackie, NY 12051

43. MICHAEL A. CALLERI
Coxsackie Correctional Facility
11260 US-9W
Coxsackie, NY 12051

44. JAMES SMITH
Office of the Attorney General
28 Liberty Street
New York, NY 10005

45. AROLFO DELACRUZ
Sing Sing Correctional Facility
354 Hunter Street
Ossining, NY 10562

46. JOSHUA O. REYNOLDS
Woodbourne Correctional Facility
99 Prison Road
Woodbourne, NY 12788

47. DANIEL F. DAGELE
Woodbourne Correctional Facility
99 Prison Road
Woodbourne, NY 12788

48. ANDREW HERMAN
Coxsackie Correctional Facility
11260 US-9W
Coxsackie, NY 12051

49. KYLE CHARSLEY
Coxsackie Correctional Facility
11260 US-9W
Coxsackie, NY 12051

50. MICHAEL A. SARRUBBO III
Coxsackie Correctional Facility
11260 US-9W
Coxsackie, NY 12051

51. DANIEL R. HALSTROM
Coxsackie Correctional Facility
11260 US-9W
Coxsackie, NY 12051

52. MICHAEL KASPER
Taconic Correctional Facility
250 Harris Road
Bedford Hills, NY 10507

53. LANCE TABOR
Mid-State Correctional Facility
9005 Old River Road
Marcy, New York 13403

54. GREGORY W. SCOTT
Woodbourne Correctional Facility
99 Prison Road
Woodbourne, NY 12788

55. JAMES D. EMSWORTH
Mid-State Correctional Facility
9005 Old River Road
Marcy, New York 13403

56. MICHAEL A. IMBASCIANI
Fishkill Correctional Facility
18 Strack Drive
Beacon, NY 12508

57. DANIEL J. PICCIRILLO
Fishkill Correctional Facility
18 Strack Drive
Beacon, NY 12508

58. SCOTT THOMPSON
Office of the Attorney General
28 Liberty Street
New York, NY 10005

59. KEVIN M. PIFKO
Fishkill Correctional Facility
18 Strack Drive
Beacon, NY 12508

60. JUSTIN BROWN
Office of the Attorney General
28 Liberty Street
New York, NY 10005

61. TC CHRISTY
Shawangunk Correctional Facility
200 Quick Road
Wallkill, NY 12589

62. TAYLOR M. KANEGRABER
Shawangunk Correctional Facility
200 Quick Road
Wallkill, NY 12589

63. ROBERT REDNER
Shawangunk Correctional Facility
200 Quick Road
Wallkill, NY 12589

64. CHRISTOPHER BRUDER
Shawangunk Correctional Facility
200 Quick Road
Wallkill, NY 12589