**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

Edward Bowden, et al.
Plaintiff(s),

vs.

Correctional Officers Ryan Caswell, et al.
Defendant(s).

ATTORNEY: BARKET EPSTEIN KEARON ALDEA & LOTURCO, LLP

CIVIL ACTION NO.: 25-CV-09301-PMH

DATE OF FILING: 02/19/2026

# AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF Nassau ss:

I, Craig Eisenberg, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

That on **03/04/2026** at **8:35 AM** at **Sing Sing Correctional Facility, 354 Hunter St, Ossining, NY 10562**, Deponent served the **Summons in a Civil Action and Complaint** upon **Rondy London**, defendant/respondent/recipient herein.

Said service was effected in the following manner;

By delivering thereat a true copy to **Janae Cobb, IRC**, a person of suitable age and discretion. That person was also asked by deponent whether said premises was the defendant/respondent/recipient actual place of business and their reply was affirmative.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Female** Skin: **Black** Hair: **Black** Age (Approx): **32** Height(Approx): **5'5"** Weight(Approx): **120-130 lbs** Glasses: **Yes** Other:

On **03/04/2026**, after delivery of process was effected, deponent enclosed an additional true and attested copy of same in postpaid envelope addressed to the defendant/respondent/recipient at defendant/respondent/recipient place of business in an official depository and by First Class Mail, under the exclusive care of the United States Postal Service within New York State. The envelope bore the Legend "Personal & Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant/respondent/recipient.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Craig Eisenberg

Sworn to before me this

March 4 2026

ANDREA EISENBERG
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01EI6089109
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES MARCH 17, 2027