**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Edward Bowden, et al.<br>Plaintiff(s), | ATTORNEY: BARKET EPSTEIN KEARON ALDEA &<br>LOTURCO, LLP |
| vs. | CIVIL ACTION NO.: 25-CV-09301-PMH |
| Correctional Officers Ryan Caswell, et al.<br>Defendant(s). | DATE OF FILING: 02/19/2026 |

## AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF ALBANY    ss:

I, Samuel Christiansen, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

That on **03/12/2026** at **5:40 PM** at **29 Crestwood Dr, Clifton Park, NY 12065**,
Deponent served the **Summons in a Civil Action and Complaint** upon **Charles D. Devaney,** defendant/respondent/recipient herein.

Said service was effected in the following manner;

By delivering thereat a true copy to **Charles D. Devaney**, personally; deponent knew said person so served to be the person mentioned and described as said defendant/respondent/recipient therein.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Male** Skin: **White** Hair: **Blonde** Age (Approx): **38** Height(Approx): **6'2"** Weight(Approx): **170-180 lbs** Glasses: **No** Other:

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Samuel Christiansen

Sworn to before me this

March_____13_____2026

OFFICIAL SEAL
NICOLLE C. CHRISTIANSEN
Notary Public-New York
No. 01CH6408751
My Commission Expires
SEPTEMBER 06, 20__

Ultimate Process & Attorney Services, Inc. 585 Stewart Ave, Ste LL16, Garden City, NY 11530 516-333-3447 Lic#1376042
Case No: 1716305