UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
EDWARD BOWDEN, et al.,                          :
                                                :       25-cv-9301 (PMH)
                              Plaintiffs,        :
                                                :       **NOTICE OF APPEARANCE**
            - against -                          :
                                                :
CORRECTIONAL OFFICERS RYAN CASWELL,  :
et al.,                                          :
                                                :
                              Defendants.        :
------------------------------------------------------------------ X

**PLEASE TAKE NOTICE** that Assistant Attorney General S. Cynthia Luo of the Office of the

New York State Attorney General Letitia James, duly admitted to practice in this Court, hereby appears

on behalf of Defendant Ryan Decker. Please serve all papers and direct all further correspondence and/or

electronic notices to the undersigned.

Dated:  New York, NY
        June 5, 2026

                                        LETITIA JAMES
                                        Attorney General
                                        State of New York
                                        *Attorneys for Defendant Ryan Decker*

                                        By:

                                        */s/ S. Cynthia Luo*
                                        S. Cynthia Luo
                                        Assistant Attorney General
                                        28 Liberty Street
                                        New York, New York 10005
                                        (212) 416-8037
                                        cynthia.luo@ag.ny.gov