

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

August 12, 2026

**By ECF**
Hon. Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

     Re:    *Bowden et al. v. Caswell, et al.*, 25-cv-9301 (PMH)

Dear Judge Halpern:

    I am an Assistant Attorney General in the Office of the New York State Attorney General ("OAG") and represent Defendants Alex Agostino, Ameed Al-Rabadi, Christopher Bruder, Michael Calleri, Michael Castellani, Ryan Caswell, Justin Christian, Christon Coleman, Cory Compton, Daniel Dagele, Ryan Decker, Charles Devaney, Michael Kasper, Alfred Ostrander, Andres Morris, Daniel Piccirillo, Angela Primo, and Eric Wilson. I write, with Plaintiff's consent, to respectfully request that the Court extend the deadline for these Defendants ("Represented Defendants,") and *sua sponte*, all remaining named Defendants who have been served to date (collectively, "Served Named Defendants"), [1] by 30 days from August 24, 2026 to September 23, 2026. This is the third request by OAG for the Court to *sua sponte* extend the deadline for all Served Named Defendants and should not impact any other deadlines in this matter.

    The OAG made its first request on March 18, 2026, which the Court granted on March 19, 2026, extending Served Named Defendants' answer date to June 23, 2026. (Dkt. Nos. 75-79). The

---

[1] Upon information and belief based upon communications received today, counsel for Defendant Sarrubbo will be entering an appearance shortly and requesting the same extension on his behalf, with Plaintiff's consent.

Hon. Philip M. Halpern                                                                  Page 2 of 2
August 12, 2026

OAG made its second request on June 12, 2026, which the Court granted on June 15, 2026. (Dkt. Nos. 82-83).

The reason for this request is that OAG is still finalizing its obligations under POL § 17(2)(c) to conduct a representational analysis before it may appear on behalf of State employees in a civil action. While OAG has completed the analysis for a number of the Served Named Defendants, it is still in the process of finalizing representation for the remaining Served Named Defendants.

Finally, a conference has been scheduled for August 27, 2026, regarding C.O. Decker's anticipated motion to sever this case. (Dkt. No. 85). As previously noted by C.O. Decker, there will likely be divergent tracks of responsive pleadings from Defendants due to the wide range of allegations in the Complaint, and how these pleadings are filed will also likely be impacted by the outcome of the August 27, 2026 conference, a date after responsive pleadings are currently due. Therefore, in the interest of judicial efficiency and to protect Served Named Defendants from default, I respectfully request an extension of time to respond on behalf of Represented Defendants, and *sua sponte* for the remaining Served Named Defendants. The OAG will continue to endeavor to complete the process for all Defendants as quickly and efficiently as practicable.

I thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ S. Cynthia Luo*
S. CYNTHIA LUO
Assistant Attorney General
212-416-8037
Cynthia.Luo@ag.ny.gov

cc:     *Counsel for Plaintiff*
        Alexander Robert Klein, Esq.
        Danielle Marguerite Muscatello, Esq.
        (**Via ECF**)