**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

September 21, 2026

**By ECF**
Hon. Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *Bowden, et al. v. Caswell, et al.*, 25-cv-9301 (PMH)

Dear Judge Halpern:

The Office of the New York State Attorney General ("OAG") represents Defendants Alex Agostino, Ameed Al-Rabadi, Christopher Bruder, Michael Calleri, Michael Castellani, Ryan Caswell, Justin Christian, Christon Coleman, Cory Compton, Daniel Dagele, Ryan Decker, Charles Devaney, Michael Kasper, Andres Morris, Alfred Ostrander, Daniel Piccirillo, Angela Primo, and Eric Wilson in the above-referenced matter.[1] After I brought certain pleading deficiencies to Plaintiffs' counsel's attention, they agreed to amend the complaint rather than to engage in unnecessary motion practice.

Therefore, I write, jointly with Plaintiffs' counsel, to propose a schedule to the Court for Plaintiffs to file an Amended Complaint and for Defendants' response dates accordingly. The parties anticipate that this will provide sufficient time for Plaintiffs to remedy the identified

[1] OAG currently represents 18 of the Defendants, and I prepared responses to the operative Complaint for some of them for whom deficiencies were not identified. I am still in the process of finalizing representation for some Defendants, and there were service issues with certain of the Defendants regarding the operative Complaint. I have agreed to accept service of an Amended Complaint on behalf of any Defendants I represent when it is filed.

pleading deficiencies, and for OAG to finalize representation and prepare responses on behalf of the remaining Defendants.

The parties respectfully request that the Court adopt the following schedule:

**October 1, 2026** – Plaintiff's Amended Complaint Due

**November 2, 2026** – Defendants' Responsive Pleadings Due

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ S. Cynthia Luo*
S. CYNTHIA LUO
Assistant Attorney General
212-416-8037
Cynthia.Luo@ag.ny.gov

&

*/s/ Danielle Muscatello*
ALEXANDER ROBERT KLEIN
DANIELLE MARGUERITE MUSCATELLO
Barket Epstein Kearon
Aldea & LoTurco LLP
516-745-1500
Aklein@barketepstein.com
Dmuscatello@barketepstein.com