UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bowden, et al.

Plaintiffs,

-against-

Caswell, et al.

Defendants.

**NOTICE OF APPEARANCE**

Case No. 7:25-cv-9301 (SDNY)(PMH)

PLEASE TAKE NOTICE, that attorney Michael A. Blasie of Iseman PLLC, 59 Franklin Street, Saratoga Springs, NY 12866, hereby enters a Notice of Appearance on behalf of Defendant, MICHAEL SARRUBBO, in the above-captioned matter.

DATED: September 29, 2026

ISEMAN PLLC

By: ____ /s/ Michale A. Blasie____________
Michael A. Blasie
Attorney for Defendant Michael Sarrubbo
59 Franklin Street
Saratoga Springs, NY 12866
michael@scottisemanlaw.com
(518) 633-1528